UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

ROBERT WESOLOWSKI,

                              Plaintiff,

                                                      DECISION AND ORDER

                                                      02-CV-6320L

                    v.

DR. B. HARVEY
SUPERINTENDENT MICHAEL MCGINNIS,

                              Defendants.
_____


        This Court ordered plaintiff to respond to defendants' motion for summary judgment by

June 22, 2009.  By letter dated May 28, 2009, plaintiff seeks an extension, claiming he cannot

comply with the order.

        Plaintiff's request for an extension is granted to August 3, 2009.

        IT IS SO ORDERED.


                                        _____
                                             DAVID G. LARIMER
                                          United States District Judge


Dated: Rochester, New York
        June 9, 2009.